UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DREW E. YOUNG,

    Plaintiff,

v.                                                                 Case No. 8:25-cv-922-TPB-LSG

FANSLY.COM; and
SELECT MEDIA LLC,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

The *pro se* plaintiff Drew E. Young moves to proceed *in forma pauperis*, Doc. 1, but files no complaint. An April 15, 2025, order required the plaintiff to file a complaint by April 29, 2025, and instructed the plaintiff that the "[f]ailure to do so may result in the dismissal of this case without prejudice without further notice." Doc. 2. The plaintiff fails to comply.

A complaint is a prerequisite to the plaintiff's proceeding in this civil action and to the Court's evaluating his *in forma pauperis* application. *See* FED. R. CIV. P. 3 ("A civil action is commenced by filing a complaint with the court."); 28 U.S.C. § 1915(e)(2)(B). Thus, I recommend (1) denying the plaintiff's motion to proceed *in forma pauperis*, Doc. 1, (2) dismissing this case for failure to prosecute, and (3) directing the Clerk to close the case. *See Owens v. Pinellas Cnty. Sheriff's Dep't*, 331 F. App'x 654, 656 (11th Cir. 2009) ("Pursuant to Fed. R. Civ. P. 41(b), a district

court may *sua sponte* dismiss a plaintiff's action for failure to comply with the rules or any order of the court.").

**REPORTED** in Tampa, Florida, on this 5th day of May 2025.

_____
LINDSAY S. GRIFFIN
United States Magistrate Judge

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the report and recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1. To expedite resolution, parties may file a joint notice waiving the 14-day objection period.