UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DREW E. YOUNG,

    Plaintiff,

v.                                         Case No. 8:25-cv-922-TPB-LSG

FANSLY.COM and
SELECT MEDIA LLC,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Lindsay S. Griffin, United States Magistrate Judge, entered on May 5, 2025. (Doc. 3). Judge Griffin recommends that the case be dismissed for failure to prosecute and that his motion to proceed *in forma pauperis* (Doc. 1) be denied. No objection to the report and recommendation has been filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis,* 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and

recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Griffin's well-reasoned report and recommendation, the Court adopts the report and recommendation in full. Consequently, the case is dismissed for failure to prosecute and the motion to proceed *in forma pauperis* is denied.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Griffin's report and recommendation (Doc. 3) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Plaintiff's motion to proceed in forma pauperis (Doc. 1) is **DENIED**.

(3) The case is dismissed for failure to prosecute and the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>28th</u> day of May, 2025.

TOM BARBER
UNITED STATES DISTRICT JUDGE